UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Jose L. Linares |
| v. | : Mag. No. 09-759 (JLL) |
| LOUIS MANZO | : <u>ORDER</u> |

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Mark J. McCarren, Assistant U.S. Attorney, appearing), and with the consent of defendant Louis Manzo (John D. Lynch, Esq., appearing), for an order granting an extension of time for the Government to file its response to the motions filed by defendant Manzo in this matter; and it appearing that the Government was to submit that response on or about November 15, 2011; and it appearing that the Government seeks an extension of two days to submit its response; and for good cause shown;

IT IS on this 9th day of November 2011,

ORDERED that the Government shall file its response to the motions no later than November 17, 2011; and

ORDERED that all other previously set dates shall remain in effect.

HONORABLE JOSE L. LINARES
United States District Judge